John D. Chism, Jr., and Another v. Isaac V. Lamb.— Motion granted on payment of twenty dollars costs.

John W. Cornell, Respondent, v. Rodney Van Wormer and Charles T. Beach, as Executors, etc., of Francis M. Van Wormer, Deceased, Appellants, Impleaded with George A. Cornell and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The City of Troy, Appellant, v. Thomas W. Hislop and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. All concurred.

William Kennally v. Glens Falls Portland Cement Company.— Motion denied.

The People of the State of New York ex rel. Edwin S. Harris v. The Board of Estimate and Apportionment of the City of Troy and Others.— Motion for modification of order granted.

---

## FOURTH DEPARTMENT, SEPTEMBER, 1909.

Edward B. Pryor and Others, Individually, and as Trustees, etc., Respondents, Appellants, v. City of Buffalo, Appellant, Respondent, Impleaded with Others.— Judgment modified by allowing plaintiffs interest at the legal rate from the 25th day of June, 1907, the date when defendant city refused to allow repayment of the purchase price upon demand, and as so modified affirmed, with costs to plaintiffs. All concurred, except Williams, J., who dissented and voted for reversal of the judgment.

Charles D. Rood, Appellant, v. Bank of Cattaraugus, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, Spring, J., not sitting.

Buffalo and Lake Erie Traction Company, Respondent, v. Stewart Dean and Clyde Dean, Appellants, Impleaded with Emma Dean and Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Charles V. Bromley and Fannie Ahl, Respondents, v. Daniel D. Bromley and Others, Defendants, Impleaded with Hiram Bromley and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Jacob Davis, Respondent, v. Lewis Davis, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Camille B. Johnston, as Administratrix, etc., Appellant, v. Syracuse Lighting Company, Respondent.— Motion for leave to appeal to Court of Appeals granted.

Fred Hartmetz, Respondent, v. Buffalo Expanded Metal Company, Appellant. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

May L. Driscoll, as Administratrix, etc., Respondent, v. American Fidelity Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Anna C. Kippley, as Administratrix, etc., Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.